IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MEDFORD DIVISION

| | | |
|---|---|---|
| NASH DURHAM; MARY DURHAM, | ) | No. 1:15-cv-00734-CL |
| Plaintiffs, | ) ) ) | **JUDGMENT** |
| v. | ) ) | |
| BANK OF NEW YORK MELLON, as Trustee for the Certificateholders of the CWALT, Inc. Alternative Loan Trust 2007-23CB, Mortgage Pass-Through Certificates, Series 2007-23CB; NORTHWEST TRUSTEE SERVICES, INC. | ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

**AIKEN, CHIEF JUDGE.**

Based on the stipulation of the parties (#23), this case is DISMISSED with prejudice and without costs and attorney fees.

IT IS SO ORDERED.

DATED this 30 day of June, 2015.

_____
Ann L. Aiken
Chief Judge

1 - JUDGMENT